FILED
2017 Nov-06  AM 09:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **SHIRLEY A. DAVIDSON,** | } | |
| **individually and on behalf of the** | } | |
| **proposed class ,** | } | |
| | } | |
| **Plaintiff,** | } | **Case No.:  5:17-cv-01097-MHH** |
| | } | |
| **v.** | } | |
| | } | |
| **CRESTWOOD MEDICAL** | } | |
| **CENTER et al.,** | } | |
| | } | |
| **Defendants.** | | |

## ORDER

On June 29, 2017, plaintiff Shirley Davidson filed this action bringing claims under the Alabama Deceptive Trade Practices Act and various common law causes of action.  (Doc. 1).  On August 8, 2017, Ms. Davidson filed a motion asking the Court to dismiss her claims against the defendants without prejudice. (Doc 22.  The defendants filed a response opposing Ms. Davidson's motion and asking the Court to grant their motion to dismiss the claims with prejudice.  (Doc. 24).  In the alternative, the defendants asked the Court to award attorney's fees if the Court determined that dismissal without prejudice was appropriate.  (Doc. 24).

On November 2, 2017, the Court held a telephone conference with counsel to discuss the issues of dismissal and attorney's fees.  (Doc. 27).  Consistent with

that discussion, the Court grants Ms. Davidson's motion and dismisses the case without prejudice.  If Ms. Davidson files another case based on the same set of facts alleged in her complaint here, then pursuant to Rule 41(a)(2), the defendants may file a motion with this Court seeking reimbursement of the attorney's fees and costs incurred in defending the present action.

Costs are taxed as paid subject to the contingency noted above, should Ms. Davidson refile this case. The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this November 3, 2017.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE